

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00629-CV

**IN THE INTEREST OF D.A.B.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00630
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under TEX. R. APP. P. 20.

SIGNED March 4, 2020.

_____
Beth Watkins, Justice